UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DaJovan B. Pettit, | Civ. No. 23-2789 (JWB/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Allina Health System, *a non-Profit Domestic Corporation doing business as* Abbott-Northwestern Hospital, | |
| Defendant. | |

---

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on January 30, 2025. (Doc. No. 114.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The January 30, 2025 Report and Recommendation (Doc. No. 114) is **ACCEPTED**; and

2. Defendant Allina Health System's Motion for Rule 11 Sanctions (Doc. No. 91) is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Defendant's Motion is **GRANTED** to the extent it seeks dismissal of Plaintiff DaJovan Pettit's claims, and the Amended Complaint (Doc. No. 25) is

**DISMISSED WITH PREJUDICE**.

b. Defendant's Motion is **GRANTED** to the extent it seeks attorneys' fees, and Richard Hechter and Morris Law Group, P.A. must pay $10,000 toward Defendant's reasonable attorneys' fees and costs associated with litigating this matter.

c. Defendant's Motion is **DENIED** to the extent it seeks attorneys' fees from Ms. Pettit as a Rule 11 sanction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 25, 2025
                                                    *s/ Jerry W. Blackwell*
                                                    JERRY W. BLACKWELL
                                                    United States District Judge